| | |
|---|---|
| **RICHARD HATCHER,** | ) |
| Plaintiff, | ) |
| v. | ) No. 3:10-CV-452 |
| | ) (Phillips) |
| **UNITED STATES OF AMERICA,** | ) |
| **and UNITED STATES DEPARTMENT** | ) |
| **OF THE INTERIOR,** | ) |
| Defendants. | ) |

## JUDGMENT ON DECISION BY THE COURT

This case came before the court on the motion to dismiss filed by defendants United States of America and United States Department of the Interior. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the defendants' motion,

**IT IS ORDERED AND ADJUDGED** that the plaintiff Richard Hatcher take nothing, and that the action be **DISMISSED WITH PREJUDICE** on the merits.

The trial scheduled for February 23, 2013 is **CANCELLED.**

Dated at Knoxville, Tennessee, this _____ day of March 2012.

**ENTER:**

ENTERED AS A JUDGMENT
s/ *Debra C. Poplin*
CLERK OF COURT

    s/ Thomas W. Phillips
United States District Judge